AFFIRM; Opinion issued November 1, 2012.



In The

# Court of Appeals

# Fifth District of Texas at Dallas

## No. 05-12-00359-CR

## ANTHONY RAY TRAMMEL, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F11-56323-I

# MEMORANDUM OPINION

Before Justices Bridges, Richter, and Lang
Opinion By Justice Richter

A jury convicted Anthony Ray Trammel of tampering with a government record and assessed

punishment at fourteen years' imprisonment and a $5,000 fine. On appeal, appellant's attorney filed

a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the

requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High

v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the

brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a

pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

MARTIN RICHTER
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

120359F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY RAY TRAMMEL, Appellant

No. 05-12-00359-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 2 of Dallas County, Texas. (Tr.Ct.No.
F11-56323-I).
Opinion delivered by Justice Richter,
Justices Bridges and Lang participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered November 1, 2012.

_____
MARTIN RICHTER
JUSTICE